**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

EVAN DAVID SMITH,

        Petitioner

        v.

THE COURT OF COMMON PLEAS OF
YORK COUNTY, COMMONWEALTH OF
PENN.,

        Respondent(s)

:  No. 73 MM 2023
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of October, 2023, the Application for Leave to File Original Process is GRANTED, and the "Motion to Petition the Court for Redress of Grievance" is DENIED.